

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LYNNHILL CONDOMINIUM | : | Case No. 14-20607-DK |
| | : | Chapter 11 |
| Debtor | : | |

### ORDER DISMISSING BANKRUPTCY CASE

On April 6, 2016, the Chapter 11 Trustee filed a Line Advising Completion of Payment as required by this court's Amended Order Conditionally Dismissing Bankruptcy Case entered on January 4, 2016, that provided that the Chapter 11 Trustee shall file a Line advising the court of the amounts that have been paid to each party and that upon the filing of the Line, the court will enter an Order dismissing the Debtor's case. Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 11 case is DISMISSED pursuant to 11 U.S.C. §305(a); and it is further

ORDERED that the Debtor shall be prohibited from refiling another bankruptcy case for a period of two years from the date of this Order.

ALL PARTIES ARE HEREBY NOTIFIED, THAT THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(A) IS TERMINATED.

cc:    Debtor
       Debtor's Counsel
       Chapter 11 Trustee
       Chapter 11 Trustee's Counsel
       Recipients of e-notification of orders
       United States Trustee

**End of Order**